## COLE *v.* BAILEY.

[No. 13,090. Filed March 6, 1928.]

*Oscar Lanphar*, for appellant.
*Hovey C. Kirk*, for appellee.

REMY, C. J.—Dismissed, on authority of *Plotnicki* v. *Nowicki* (1920), 73 Ind. App. 383, 127 N. E. 564.

## PIERSON AND BROTHER COMPANY *v.* DOWNEY.

[No. 12,824. Filed November 1, 1927. Rehearing denied January 12, 1928. Transfer denied March 7, 1928.]

*Beasley, Aikman, O'Brien & Beasley, Beasley, Douthitt, Crawford & Beasley* and *Fenton, Steers, Beasley & Klee*, for appellant.
*George W. Wells* and *John O. Piety*, for appellee.

PER CURIAM.—Affirmed, and ten per cent. damages upon the judgment are assessed in favor of appellee.

Dausman, J., absent.

## FORT WAYNE CORRUGATED PAPER COMPANY ET AL. *v.* FORD.

[No. 13,199. Filed March 13, 1928.]

*James E. Rocap* and *John J. McShane*, for appellants.
*L. F. Sprague*, for appellee.

PER CURIAM.—Affirmed.